BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
AUG 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES, ) CASE NO. 1:12CR175 LJO
)
    Plaintiff, )
) ORDER TO UNSEAL
    v. ) INDICTMENT
)
JESUS BERNAL, AKA "JESSE", )
)
    Defendant. )

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to JESUS BERNAL, AKA "JESSE", and be made public record.

DATED: August 23, 2012

_____
SHEILA K. OBERTO
U.S. Magistrate Judge